IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01269-KLM

RODNEY DOUGLAS EAVES,

    Plaintiff,

v.

JARED POLIS,
DEAN WILLIAMS,
TRAVIS TRANI,
GYPSY KELSO,
ANTHONY A. DECESARO,
MARSHALL GRIFFITH,
JERRY ROARK,
DAVID HESTAND, and
STEVEN SALAZAR,

    Defendants.

### GOVERNOR JARED POLIS' NOTICE OF APPEAL

Defendant Jared Polis, the Governor of the State of Colorado, hereby gives notice of his appeal to the United States Court of Appeals for the Tenth Circuit from the District Court's "Order On Motions to Dismiss," which denies him Eleventh Amendment immunity. *See* ECF No. 106, at 10-13; *Couser v. Gay*, 959 F.3d 1018, 1022 n.2 (10th Cir. 2020) ("A denial of Eleventh Amendment immunity is immediately appealable under the collateral order doctrine.").

DATED: April 28, 2023.

PHILIP J. WEISER
Attorney General

s/ Michael T. Kotlarczyk
*MICHAEL T. KOTLARCZYK*\*
Senior Assistant Attorney General
*STEFANIE MANN*\*
Senior Assistant Attorney General
Public Officials Unit / State Services Section
1300 Broadway, 6th Floor
Denver, CO 80203
Telephone: (720) 508-6500
Email: michael.kotlarczyk@coag.gov
stefanie.mann@coag.gov
*Attorneys for Defendant Jared Polis*
\*Counsel of Record

## CERTIFICATE OF SERVICE

      I hereby certify that on April 28, 2023, I served a true and complete copy of the foregoing **GOVERNOR JARED POLIS' NOTICE OF APPEAL,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Katherine N. Hoffman, Esq.
Andrew David Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO  80202
hoffmank@hallevans.com
*Attorneys for Defendants Jerry Roark, David Hestand and Steven Salazar*

Philip Timothy Barrett
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO  80203
Philip.barrett@coag.gov
*Attorney for Defendants Dean Williams, Gypsy Kelso, Anthony A. DeCesaro, Marshall Griffith and Travis Trani*

and hereby certify that I have mailed the document to the following non-CM/ECF participant via U.S. Mail:

Rodney Douglas Eaves, #173190
Bent County Correctional Facility (BCCF)
11560 Road FF75
Las Animas, CO  81054-9573
*Pro Se Plaintiff*

                                          *s/ Xan Serocki*
                                          *Xan Serocki*