IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:21-cv-01269-KAS**

RODNEY DOUGLAS EAVES,

    Plaintiff,

v.

JARED POLIS, et al.,

    Defendants.

---

**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO CORECIVIC DEFENDANTS' FIRST DISCOVERY REQUESTS**

---

Plaintiff, Rodney Eaves, and Defendants Roark, Hestand, and Salazar (CoreCivic Defendants), by and through their respective undersigned counsel, respectively submit this Stipulation for Extension of Time for Plaintiff to respond to the CoreCivic Defendants' First Discovery requests.

*Certificate of Conferral.* This stipulation is being filed jointly after conferral by the parties referenced above pursuant to D.C.COLO.LCivR 6.1(a).

1.    On March 13, 2025, the CoreCivic Defendants' counsel served the CoreCivic Defendants First Discovery Requests on counsel for the Plaintiff by email.

2.    Plaintiff's deadline to respond to the discovery requests is currently March 14, 2025.

3.      Plaintiff is respectfully seeking, by stipulation, a 21-day extension of time for Plaintiff to respond to the CoreCivic Defendants' First Discovery Requests pursuant to D.C.COLO.LCivR 6.1(a). Pursuant to that local rule, the stipulation will be effective upon filing and the Plaintiff's response date shall be extended up to and including **April 4, 2025.**

DATED this 14th day of March, 2025.

Respectfully submitted,

*s/ Stephanie M. Frisinger*
David G. Maxted
Stephanie M. Frisinger
MAXTED LAW LLC
1543 Champa Street Suite 400
Denver, CO 80202
dave@maxtedlaw.com
stephanie@maxtedlaw.com
303-353-1535
*Attorneys for Plaintiff*

*s/ Edmund M. Kennedy*
Edmund M. Kennedy
Andrew D. Ringel
HALL & EVANS, LLC
1001 17th Street, Suite 300
Denver, CO 80202
303-628-3404
kennedye@hallevans.com
ringela@hallevans.com
*Attorneys for BCCF Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2025, I electronically filed the foregoing stipulation with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Stephanie M. Frisinger*
Stephanie M. Frisinger
